

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

December 30, 2021



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/31/2021

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Tavarez v. Hill to Grove, Inc.*; Case No. 1:21-cv-05700

Dear Judge Caproni:

    We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for January 7, 2022, at 10:30 a.m. The parties request this adjournment to allow time for settlement negotiations to continue in earnest and allow the parties to come to a resolution without the need for further Court intervention. Plaintiff requests the adjournment on consent and this is the second request for adjournment. Plaintiff provides the dates February 1, 2022, February 2, 2022 and February 7, 2022 as alternative dates for the conference.

    Thank you for your consideration in this matter.

                        Respectfully submitted,
                        */s/ Edward Y.Kroub*
                        EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)

Application DENIED.  The initial pretrial conference will take place as scheduled on **January 7, 2022 at 10:30 a.m.**  See Dkt. 14.  The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 5700.

In addition, per the Court's November 29, 2021 Order, *see* Dkt. 14, the parties were directed to file their joint submissions by December 30, 2021, the requirements for which are described in the Court's July 6, 2021 Order, *see* Dkt. 5.  The parties failed to do so.  Accordingly, the parties are directed to file their joint submissions no later than **January 4, 2022**.

Both parties are further directed to show cause in writing by **January 4, 2022** why they should not be sanctioned for failure to comply with Court orders.

SO ORDERED.

*[signature: Valerie Caproni]*   12/31/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE